B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>**Northern District of Illinois, Eastern Division** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Fires, Keith** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**xxx-xx-9913** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**2603 Arlingdale Drive**<br>**Palatine, IL**<br>ZIP Code **60067** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization) (Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ■ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13    ☐ Chapter 15 Petition for Recognition<br>of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Nonmain Proceeding |

| Chapter 15 Debtors<br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding<br>by, regarding, or against debtor is pending: | Tax-Exempt Entity<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | Nature of Debts<br>(Check one box)<br>☐ Debts are primarily consumer debts,<br>defined in 11 U.S.C. § 101(8) as<br>"incurred by an individual primarily for<br>a personal, family, or household purpose."   ■ Debts are primarily<br>business debts. |
|---|---|---|

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

**B1 (Official Form 1)(04/13)** Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Fires, Keith** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____ <br> Signature of Attorney for Debtor(s)        (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)                                                                                          Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Fires, Keith** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ Keith Fires**
Signature of Debtor  **Keith Fires**

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**December  4, 2013**
Date

### Signature of Attorney*

X  **/s/ David R. Brown**
Signature of Attorney for Debtor(s)

**David R. Brown**
Printed Name of Attorney for Debtor(s)

**Springer Brown, LLC**
Firm Name

**400 S. County Farm Road**
**Suite 330**
**Wheaton, IL 60187**

Address

**630-510-0000  Fax: 630-510-0004**
Telephone Number

**December  4, 2013**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrupcty petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois, Eastern Division

In re    **Keith Fires**                                         Case No. _____
                                         Debtor(s)           Chapter    **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* \_\_\_\_

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                    Page 2

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

    ☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Keith Fires**
                          **Keith Fires**

Date:    **December  4, 2013**

B 6 Summary (Official Form 6 - Summary) (12/13)

# United States Bankruptcy Court
## Northern District of Illinois, Eastern Division

In re    **Keith Fires**                               ,     Case No. _____

                                       Debtor

Chapter_____ **7**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 24,312.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 5,690.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 28 | | 5,254,125.12 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 9 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 1,932.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 2,199.80 |
| Total Number of Sheets of ALL Schedules | | 49 | | | |
| Total Assets | | | 24,312.00 | | |
| Total Liabilities | | | | 5,259,815.12 | |

B 6 Summary (Official Form 6 - Summary) (12/13)

.

# United States Bankruptcy Court
## Northern District of Illinois, Eastern Division

In re    **Keith Fires**                                                      ,      Case No. _____

_____        Debtor

Chapter _____ **7** _____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re    **Keith Fires**
_____,    Case No. _____
Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | | |
|---|---|---|---|
| | Sub-Total > | **0.00** | (Total of this page) |
| | Total > | **0.00** | |

__0__  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                                            Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

.

In re    **Keith Fires**                                                        ,    Case No. _____
                                            Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | checking account at Chase Bank, Palatine | - | 12.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | furniture, furnishings mostly located in storage pod in Kirkland Illinois on property owned by Debtor's father. | - | 1,500.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | ordinary clothing for one | - | 500.00 |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | | 4 guns | - | 800.00 |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | NY Life $1,000,000 policy. Beneficiaries are kids | - | 3,000.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >                    5,812.00
(Total of this page)

__3__   continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re __Keith Fires_____,    Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | 100% shareholder of Cargo Tech, Inc. (defunct) | - | 0.00 |
| | | 100% shareholder of Cargo Tech Logistics, Inc. (defunct) | - | 0.00 |
| | | 50% interest in K&K Elk Grove Properties, LLC. Company owned property used by other corporations, located at 221 Joey Drive, Elk Grove Village, Illinois. Property is in foreclosure by Harris Bank and receiver has been appointed. | - | 0.00 |
| | | 100% shareholder of CargoTech Transportation Services, Inc. (never active) | - | 0.00 |
| | | Elk Grove Properties, LLC (26-0654320) | - | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

Sub-Total >        0.00
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Keith Fires**
_____,    Case No. _____
Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2009 Chevrolet Silverado (70,000 miles) Value is blue book** | - | 18,500.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |

Sub-Total >      **18,500.00**
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Keith Fires**
_____,     Case No. _____
                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >      0.00
(Total of this page)

Total >      24,312.00

Sheet  __3__  of  __3__  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6C (Official Form 6C) (4/13)

.

In re    **Keith Fires**
_____,    Case No. _____
Debtor

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:    ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)    $155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)    *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Wearing Apparel** | | | |
| **ordinary clothing for one** | **735 ILCS 5/12-1001(a)** | **500.00** | **500.00** |
| | | | |
| **Interests in Insurance Policies** | | | |
| **NY Life $1,000,000 policy. Beneficiaries are kids** | **735 ILCS 5/12-1001(f)** | **100%** | **3,000.00** |
| | | | |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2009 Chevrolet Silverado (70,000 miles)** | **735 ILCS 5/12-1001(c)** | **2,400.00** | **18,500.00** |
| **Value is blue book** | **735 ILCS 5/12-1001(b)** | **4,000.00** | |

|  | Total: | **9,900.00** | **22,000.00** |

___0___  continuation sheets attached to Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07)

In re    **Keith Fires**                                                                    Case No. _____

                                           ,
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | **2009 Chevrolet Silverado (70,000 miles) Value is blue book** | | | | | |
| **Harris Bank P.O. Box 6201 Carol Stream, IL 60197-6201** | - | | | | | | | |
| | | | Value $                  **18,500.00** | | | | **5,690.00** | **0.00** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

| | | |
|---|---|---|
| __0__ continuation sheets attached | Subtotal (Total of this page) | **5,690.00** | **0.00** |
| | Total (Report on Summary of Schedules) | **5,690.00** | **0.00** |

B6E (Official Form 6E) (4/13)

.

In re   **Keith Fires**                                                                                   Case No. _____
,
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

■ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>1</u>      continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re    **Keith Fires**                                                    ,      Case No. _____
                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Domestic Support Obligations**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | child support | | | | | |
| Theresa L. Fires 372 Gregory M Sears Drive Gilberts, IL 60136 | - | | | | | | 0.00 | 0.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 0.00 | 0.00 |
| | 0.00 | |
| Total (Report on Summary of Schedules) | 0.00 | 0.00 |
| | 0.00 | |

B6F (Official Form 6F) (12/07)

In re   **Keith Fires**
_____,   Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **x4580** <br><br> **ACS Support** <br> **PO Box 219236** <br> **Kansas City, MO 64121** | X | - | **Cargo Tech acct** | | | | 3,905.36 |
| Account No. <br><br> **Active Alarm Co** <br> **c/o Transworld Systems** <br> **999 North Plaza Dr** <br> **Schaumburg, IL 60173** | X | - | **Cargo Tech** | | X | | 442.40 |
| Account No. <br><br> **Active Alarm Company** <br> **561 Capital Drive** <br> **Lake Zurich, IL 60047** | X | - | **Cargo Tech acct.** | | | X | 423.00 |
| Account No. <br><br> **ADP, Inc.** <br> **16200 Sunset Dr** <br> **Miami, FL 33173** | X | - | **Cargo Tech acct** | | | X | 92,415.00 |

|  | Subtotal (Total of this page) | 97,185.76 |
|---|---|---|

__27__   continuation sheets attached

B6F (Official Form 6F) (12/07) - Cont.

In re  **Keith Fires** _____,  Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **x6412**<br><br>**Aires**<br>**6 Penn Center West**<br>**2nd Floor**<br>**Pittsburgh, PA 15276** | X | - | Cargo Tech acct | | | X | 90.76 |
| Account No.<br><br>**Alexian Bros.**<br>**800 Biesterfield**<br>**Elk Grove Village, IL 60007** | | - | medical | | | | 2,504.00 |
| Account No.<br><br>**All State Staple Company**<br>**201 Scott Street**<br>**Elk Grove Village, IL 60007** | X | - | Cargo Tech acct | | | X | 406.25 |
| Account No.<br><br>**Allied Waste**<br>**c/o CMI Legal Forwarding**<br>**PO Box 288551**<br>**Philadelphia, PA 19151** | X | - | Cargo Tech acct | | | X | 5,429.40 |
| Account No.<br><br>**Alpi USA**<br>**706 Nicholas Blvd**<br>**Suite 411**<br>**Elk Grove Village, IL 60007** | X | - | Cargo Tech acct | | | X | 3,481.26 |

Sheet no. __1__ of __27__ sheets attached to Schedule of          Subtotal            11,911.67
Creditors Holding Unsecured Nonpriority Claims                  (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Keith Fires**                                                      ,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxxxx1449** | | | | **Cargo Tech acct** | | | | |
| **American Express** PO Box 53773 Phoenix, AZ 85072 | X | - | | | | | X | 31.80 |
| Account No. | | | | **Cargo Tech acct** | | | | |
| **AMSA** 1611 Duke Street Alexandria, VA 22314 | X | - | | | | | X | 90.00 |
| Account No. | | | | **Cargo Tech acct** | | | | |
| **Armor Systems Corp** 1700 Kiefer Drive Suite 1 Zion, IL 60099 | X | - | | | | | X | 200.00 |
| Account No. | | | | | | | | |
| **Arnold Siegel** 20 N Clark St Suite 2200 Chicago, IL 60602 | | - | | | | | | 3,746.00 |
| Account No. | | | | **Cargo Tech acct.** | | | | |
| **Artronix Solutions** PO Box 147 Brush Prairie, WA 98606 | X | - | | | | | X | 1,362.50 |

Sheet no. __2__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **5,430.30**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Keith Fires**                                    , Case No. _____
                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx1997** <br><br> **AT & T** <br> **P.O. Box 8100** <br> **Aurora, IL 60507-8100** | | - | | | | | 889.00 |
| Account No. <br><br> **Averitt Express** <br> **PO Box 3145** <br> **Cookeville, TN 38502** | X | - | Cargo Tech acct | | | X | 870.85 |
| Account No. <br><br> **BiH Trucking** <br> **3525 W Peterson** <br> **Suite 320** <br> **Chicago, IL 60659** | X | - | Cargo Tech acct | | | X | 336.00 |
| Account No. <br><br> **BMO Harris Bank** <br> **PO Box 4320** <br> **Carol Stream, IL 60197** | X | - | Cargo Tech business loans | | | X | 1,315,606.55 |
| Account No. <br><br> **BMO Harris Bank, NA** <br> **111 West Monroe Street** <br> **Chicago, IL 60603** | | - | guaranty of K&K mortgage | | | | 1,052,842.00 |

Sheet no. __3__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **2,370,544.40**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Keith Fires**                                      ,        Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx617-2** <br><br> **BMO Harris Bank, NA** <br> **111 West Monroe Street** <br> **Chicago, IL 60603** | | - | | | | | 105.00 |
| Account No. <br><br> **BMO Harris Bank, NA** <br> **111 West Monroe Street** <br> **Chicago, IL 60603** | | - | | | | | 255,434.37 |
| Account No. <br><br> **BNSF Logistics Park** <br> **2650 Lou Menk Drive** <br> **Fort Worth, TX 76131** | X | - | Cargo Tech | | | X | 1,500.00 |
| Account No. <br><br> **Broderick Packaging** <br> **454 Country Club Drive** <br> **Bensenville, IL 60106** | X | - | Cargo Tech acct. | | | X | 265.16 |
| Account No. <br><br> **Brownlee Data Systems** <br> **21 Lange Ave** <br> **Savoy, IL 61874** | X | - | Cargo Tech acct | | X | | 1,200.00 |

Sheet no. __4__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **258,504.53**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Keith Fires**                                                                ,    Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.  **Bruce Kiselstein, Ltd.** 930 East Northwest Hwy Mount Prospect, IL 60056 | X - | | **Cargo Tech acct** | | | X | 2,185.00 |
| Account No. **xxxx-xxxx-xxxx-0848**  **Cardmember Service** PO Box 790408 ST. Louis, MO 63179 | - | | | | | | 5,570.90 |
| Account No.  **Carol  Stream Red Light Enf** 1700 N. Farnsworth Ave Suite 13 Aurora, IL 60505 | - | | | | | | 200.00 |
| Account No. **xxxxxxxxxxxx9890**  **Chase** **Cardmember Services** PO Box 15153 Wilmington, DE 19886-5153 | - | | credit card | | | | 10,000.00 |
| Account No.  **Chicago Department of Revenue** PO Box 88292 Chicago, IL 60680-1292 | - | | | | | | 220.00 |

Sheet no. __5___ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **18,175.90**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Keith Fires**
                                                                              ,    Case No. _____
                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No.                                    Cargo Tech acct | | | | | | | | |
| **Chicago International Trucks** **575 St. Paul Ave** **Carol Stream, IL 60188** | X | - | | | | | X | 550.00 |
| Account No.                                    Cargo Tech acct | | | | | | | | |
| **Chicago Trailer Pool** **PO Box 691** **Palatine, IL 60078** | X | - | | | | | | 3,641.80 |
| Account No.                                    Cargo Tech acct | | | | | | | | |
| **Chicago Truck Dock** **34518 N Leonard St** **Ingleside, IL 60041** | X | - | | | | | X | 1,229.20 |
| Account No.                                    Cargo Tech acct | | | | | | | | |
| **Cintas** **1201 W St. Charles Rd** **Maywood, IL 60153** | X | - | | | | | X | 764.84 |
| Account No.                                    Cargo Tech acct | | | | | | | | |
| **CMA CGM Delmas** **5701 Lake Wright Drive** **Norfolk, VA 23502** | X | - | | | | | X | 8,580.00 |

Sheet no. __6__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

14,765.84

B6F (Official Form 6F) (12/07) - Cont.

In re    **Keith Fires**                                              ,        Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **COCP LLC** 211 College Road Princeton, NJ 08540 | X | - | | **Cargo Tech acct** | | | | 2,500.00 |
| Account No. **Com Ed** Bill Payment Center Chicago, IL 60668-0001 | X | - | | **Cargo Tech account** | | | X | 1,566.32 |
| Account No. xxxxxx8034 **Com Ed** Bill Payment Center Chicago, IL 60668-0001 | X | - | | **Cargo Tech acct** | | | X | 3,602.42 |
| Account No. **Con Global** 6401 W 46th St Forest View, IL 60402 | X | - | | **Cargo Tech** | | | X | 25.00 |
| Account No. **Container Port Group** 4800 S Central Avenue Chicago, IL 60638 | X | - | | **Cargo Tech** | | | X | 708.04 |

Sheet no. _7_ of _27_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **8,401.78**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Keith Fires**                                              ,      Case No. _____
                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. **xxxxxxxxx024B** | | | | | Cargo Tech | | | | |
| **Cook County Dept of Environment** **PO Box 641547** **Chicago, IL 60664** | X | - | | | | | | | 105.00 |
| Account No. | | | | | Cargo Tech | | | | |
| **Cosco Container Lines Americas** **100 Lighting Way** **Secaucus, NJ 07094** | X | - | | | | | | X | 3,965.00 |
| Account No. | | | | | Cargo Tech | | | | |
| **Creative Computing Enterprises** **1060 Main St** **Suite A** **Antioch, IL 60002** | X | - | | | | | | X | 270.00 |
| Account No. | | | | | Cargo Tech acct | | | | |
| **CSAV** **3350 Highway 138** **Building 1 - Suite 211** **Belmar, NJ 07719** | X | - | | | | | | X | 233.37 |
| Account No. | | | | | Cargo Tech | | | | |
| **CTAS** **192 Riva Avenue Complex** **Milltown, NJ 08850** | X | - | | | | | | X | 2,590.00 |

Sheet no. __8__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       **7,163.37**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Keith Fires**
                                                                ,          Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Cargo Tech | | | | |
| CVan Dam Transport 4409 38th Streeet Hamilton, MI 49419 | X | - | | | | | X | 16,000.00 |
| Account No. | | | | Cargo Tech acct | | | | |
| Daimler Truck Finance PO Box 901 Roanoke, TX 76262 | X | - | | | | | X | 92,278.00 |
| Account No. | | | | Cargo Tech | | | | |
| Dart Maritime Services PO Box 480655 Charlotte, NC 28269 | X | - | | | | | X | 450.00 |
| Account No. | | | | Cargo Tech | | | | |
| Dayton Freight Lines, Inc. PO Box 340 Vandalia, OH 45377 | X | - | | | | | X | 115.58 |
| Account No. xxxxx8770 | | | | medical | | | | |
| Dean Clinic 1802 W Beltline Highway Madison, WI 53713 | | - | | | | | | 121.00 |

Sheet no. _9__ of _27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

108,964.58

B6F (Official Form 6F) (12/07) - Cont.

In re    **Keith Fires** _____,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | X | - | Cargo Tech | | | | |
| **Deluxe Services, Inc.** **Kalantzis Law Firm, LLC** **1861 Hicks Rd - Suite B** **Rolling Meadows, IL 60008** | | | | | | X | |
| | | | | | | | 597.90 |
| Account No. | X | - | Cargo Tech | | | | |
| **Direct Chassislink, Inc.** **9300 Arrowpoint Blvd** **Charlotte, NC 28273-8136** | | | | | | X | |
| | | | | | | | 33.00 |
| Account No. xxxxxxxxxxxx7893 | | - | credit card | | | | |
| **Discover Financial** **P.O. Box 6103** **Carol Stream, IL 60197-6103** | | | | | | | |
| | | | | | | | 18,160.00 |
| Account No. | X | - | Cargo TEch | | | | |
| **Diversity Adjustment Service** **600 Boon Rapids Blvd** **Minneapolis, MN 55433** | | | | | | X | |
| | | | | | | | 1,882.00 |
| Account No. | X | - | Cargo Tech, Inc. | | | | |
| **Dohrn Transfer Company** **625 3rd Avenue** **Rock Island, IL 61201** | | | | | | X | |
| | | | | | | | 92.40 |

Sheet no. __10__ of __27__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 20,765.30 |
|---|

B6F (Official Form 6F) (12/07) - Cont.

In re  **Keith Fires** _____ ,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | Cargo Tech | | | | |
| Double D Express PO Box 606 Peru, IL 61354 | X | - | | | | | X | 1,100.00 |
| Account No. | | | | Cargo Tech | | | | |
| Elan PO Box 2066 Milwaukee, WI 53201 | X | - | | | | | X | 18,233.16 |
| Account No. | | | | Cargo Tech | | | | |
| Express Logistics Group 320 County Line Road Bensenville, IL 60106 | X | - | | | | | X | 375.00 |
| Account No. | | | | Cargo Tech | | | | |
| Flexi-Van 5000 W Pershing Rd Cicero, IL 60804 | X | - | | | | | X | 467.00 |
| Account No. | | | | Cargo Tech | | | | |
| Fourt Seacoast Publishing Co 25300 Little Mack Ave Saint Clair Shores, MI 48081 | X | - | | | | | X | 2,900.00 |

Sheet no. __11__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

23,075.16

B6F (Official Form 6F) (12/07) - Cont.

In re     **Keith Fires**                                    ,          Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**G.M. Transportation Co.**<br>**205 E Butterfield Rd**<br>**Suite 305**<br>**Elmhurst, IL 60126** | X | - | **Cargo Tech** | | | X | 375.00 |
| Account No.<br><br>**Global Expedited**<br>**11 Harristown Rd**<br>**Glen Rock, NJ 07452** | X | - | **Cargo Tech acct.** | | | X | 19,312.00 |
| Account No.<br><br>**Hapag-Lloyd**<br>**3350 Highway 138**<br>**Building 1 - Suite 211**<br>**Wall, NJ 07719** | X | - | **Cargo Tech** | | | X | 1,272.80 |
| Account No. **xxxxxx9420**<br><br>**Harris Bank**<br>**P.O. Box 6201**<br>**Carol Stream, IL 60197-6201** | | - | **auto loan** | | | | 0.00 |
| Account No.<br><br>**Holland**<br>**750 E 40th Street**<br>**PO Box 9021**<br>**Holland, MI 49422-9021** | X | - | **Cargo Tech** | | | X | 501.42 |

Sheet no. __**12**__ of __**27**__ sheets attached to Schedule of       Subtotal       21,461.22
Creditors Holding Unsecured Nonpriority Claims               (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Keith Fires**
                                                                        ,    Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W / J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Horizon Freightways** <br> **Po Box 20706** <br> **Milwaukee, WI 53220** | X | - | **Cargo Tech** | | | X | 150.00 |
| Account No. <br><br> **Humana** <br> **PO Box 528** <br> **Carol Stream, IL 60132** | | - | overpayment of benefits | | | | 1,291.29 |
| Account No. <br><br> **Humana** <br> **Po Box 528** <br> **Carol Stream, IL 60132-0528** | | - | | | | X | 5,338.22 |
| Account No. <br><br> **IL Tollway** <br> **c/o Arnold, Scott, Harris PC** <br> **PO Box 5625** <br> **Chicago, IL 60680-5625** | X | - | **Cargo Tech acct** | | | X | 641,839.85 |
| Account No. **xx-xx6601** <br><br> **Illinois Department of Revenue** <br> **Bankruptcy Section Level 7-425** <br> **100 W. Randolph Street** <br> **Chicago, IL 60602** | | - | **Cargo Tech** | | | X | Unknown |

Sheet no. __**13**__ of __**27**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

648,619.36

B6F (Official Form 6F) (12/07) - Cont.

In re  **Keith Fires**
                                                                    ,    Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Cargo Tech | | | | |
| **Illinois Dept Employment Security Northern Region 260 East Indian Trail Road Aurora, IL 60505-1733** | X | - | | | | | X | |
| | | | | | | | | 63.01 |
| Account No. **xxx4683** | | | | | | | | |
| **Illinois Secretary of State Returned Check Section Room 235 - Howlett Building Springfield, IL 62756** | | - | | | | | | |
| | | | | | | | | 19,650.75 |
| Account No. | | | | tolls | | | | |
| **Illinois Tollway PO Box 5201 Lisle, IL 60532** | | - | | | | | | |
| | | | | | | | | 1,291.29 |
| Account No. | | | | Cargo Tech | | | | |
| **Indiana Insurance PO Box 6486 Carol Stream, IL 60197-6486** | X | - | | | | | X | |
| | | | | | | | | 1,069.34 |
| Account No. **xx-xxx6601** | | | | Taxes | | | | |
| **Internal Revenue Service PO 7346 Philadelphia, PA 19101-7346** | | - | | | | | | |
| | | | | | | | | 816.96 |

Sheet no. __14__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

22,891.35

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Keith Fires** ,                                   Case No. _____
                     Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Cargo Tech | | | | |
| **JD Logistics** **2100 Estates Avenue** **Elk Grove Village, IL 60007** | X | - | | | | | X | 3,045.14 |
| Account No. | | | | Cargo Tech | | | | |
| **Jeff's Fast Freight** **PO Box 371188** **Milwaukee, WI 53237-2288** | X | - | | | | | X | 384.88 |
| Account No. | | | | unpaid wages alleged | | | | |
| **John Schneider** | | - | | | | | | 2,850.00 |
| Account No. xxxxxxxx6444 | | | | overdraft charges | | | | |
| **JP Morgan Chase Bank** **PO Box 659754** **San Antonio, TX 78265** | | - | | | | | | 28.91 |
| Account No. xxxxxxxxxxx6444 | | | | account overdraft | | | | |
| **JP Morgan Chase Bank** **PO Box 659754** **San Antonio, TX 78265** | | - | | | | | | 32,675.00 |

Sheet no. __15__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

38,983.93

B6F (Official Form 6F) (12/07) - Cont.

In re **Keith Fires** _____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. | | | | | Cargo Tech | | | | |
| **K. C. Truck and Trailer Srvc**<br>**4430 W Armitage Ave**<br>**Melrose Park, IL 60160** | X | - | | | | | | X | |
| | | | | | | | | | **1,014.85** |
| Account No. | | | | | legal services to corporations | | | | |
| **Karen Aldrich**<br>**2300 N Barrington Road**<br>**Suite 400**<br>**Hoffman Estates, IL 60195** | X | - | | | | | | X | |
| | | | | | | | | | **19,997.34** |
| Account No. | | | | | possible right of contribution | | | | |
| **Keun Ho Park**<br>**469 W. Brookline Court**<br>**Palatine, IL** | | - | | | | X | X | | |
| | | | | | | | | | **Unknown** |
| Account No. | | | | | Cargo Tech | | | | |
| **Komatsu Forklift**<br>**15868 Collections Center Dr**<br>**Chicago, IL 60693** | X | - | | | | | | X | |
| | | | | | | | | | **4,343.77** |
| Account No. | | | | | Cargo Tech | | | | |
| **Labelmaster**<br>**PO Box 46402**<br>**Chicago, IL 60646-0402** | X | - | | | | | | X | |
| | | | | | | | | | **231.89** |

Sheet no. __16__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**25,587.85**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Keith Fires**                                                          ,        Case No. _____
_____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Cargo Tech | | | | |
| Liberty Propane PO Box 458 Lemont, IL 60439-0458 | X | - | | | | X | 6,944.12 |
| Account No. | | | Cargo Tech | | | | |
| M&M Lock & Safe Ltd 233 N Walnut St Itasca, IL 60143 | X | - | | | | X | 238.02 |
| Account No. | | | medical | | | | |
| Madison Emergency Physicians Bin 88276 Milwaukee, WI 53288-0001 | | - | | | | | 1,366.00 |
| Account No. | | | medical | | | | |
| Madison Radiologists PO Box 1790 Brookfield, WI 53008 | | - | | | | | 77.00 |
| Account No. | | | Cargo Tech | | | | |
| Milan 1091 Kefauver Dr Po Box 699 Milan, TN 38358 | X | - | | | | X | 65.00 |

Sheet no. __17__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**8,690.14**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Keith Fires**
_____,    Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Cargp Tecj | | | | |
| Moran Transportation Corp 1000 Estes Ave Elk Grove Village, IL 60007 | X | - | | | | | X | 204.90 |
| Account No. | | | | Cargo Tech | | | | |
| Navistar Financial 425 N Martingale Rd Suite 1800 Schaumburg, IL 60173 | X | - | | | | | X | 22,392.22 |
| Account No. | | | | Cargo Tech | | | | |
| Nicor PO Box 310 Aurora, IL 60507 | X | - | | | | | X | 3,566.99 |
| Account No. | | | | Cargo Tech | | | | |
| NTC PO Box 1646 Scottsbluff, NE 69363-1646 | X | - | | | | | X | 116.07 |
| Account No. | | | | Cargo Tech | | | | |
| NYK Line (NA), Inc. PO Box 3480 Cordova, TN 38088 | X | - | | | | | X | 85.00 |

Sheet no. __18__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

26,365.18

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Keith Fires**                                        ,    Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Cargo Tech | | | | |
| Paccar Leasing Co PO Box 676378 Dallas, TX 75267-6378 | X | - | | | | | X | 14,351.16 |
| Account No. | | | | Cargo Tech | | | | |
| Parent Petroleum 37W370 Route 38 Saint Charles, IL 60175-1588 | X | - | | | | | X | 78,400.63 |
| Account No. | | | | Cargo Tech | | | | |
| Performance Truck Repair 1649 Howard St Elk Grove Village, IL 60007 | X | - | | | | | X | 12,894.00 |
| Account No. | | | | Cargo Tech | | | | |
| Pro Consulting Service 500 Lovett Blvd Suite 250 Houston, TX 77006 | X | - | | | | | X | 7,351.56 |
| Account No. | | | | Cargo Tech | | | | |
| Progressive Business Publications Po Box 3019 Malvern, PA 19355-0719 | X | - | | | | | X | 94.56 |

Sheet no. __19__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

113,091.91

B6F (Official Form 6F) (12/07) - Cont.

In re   **Keith Fires**_____,   Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Cargo Tech | | | | |
| Quick Caller Air Cargo Directories 25300 Little Mack Ave Saint Clair Shores, MI 48081 | X | - | | | | X | 2,900.00 |
| Account No. | | | Cargo Tech | | | | |
| Republic Services 2101 S Busse Rd Mount Prospect, IL 60056 | X | - | | | | X | 583.10 |
| Account No. | | | Cargo Tech | | | | |
| RJW Logistics Po Box 1309 Bolingbrook, IL 60440 | X | - | | | | X | 1,175.00 |
| Account No. | | | Cargo Tech | | | | |
| Roback's Truck Body 901 Dierking Terrace Elk Grove Village, IL 60007 | X | - | | | | X | 1,022.00 |
| Account No. | | | Cargo Tech | | | | |
| Roeser & Vucha 920 Davis Road Elgin, IL 60123 | X | - | | | X | | 300.00 |

Sheet no. __20__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     5,980.10

B6F (Official Form 6F) (12/07) - Cont.

In re    **Keith Fires**                                        ,    Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Ryland Homes** **3011 Townsgate Road** **Suite 200** **Westlake Village, CA 91361-3027** | | - | | | | | | **Unknown** |
| Account No. | | | | Cargo Tech legal | | | | |
| **Seyfarth Shaw** **131 S. Dearborn St** **Suite 2400** **Chicago, IL 60603** | X | - | | | | | | **9,806.61** |
| Account No. | | | | Cargo Tech | | | | |
| **Siegel & Callahan** **20 N Clark St** **Suite 2200** **Chicago, IL 60602** | X | - | | | | | X | **3,746.00** |
| Account No. | | | | Cargo Tech | | | | |
| **Sign Palace** **68 N Lively Blvd** **Elk Grove Village, IL 60007** | X | - | | | | | X | **150.00** |
| Account No. | | | | K&K Elk Grove Properties LLC mortgage loan | | | | |
| **Small Business Growth Corporation** **2401 West White Oaks Drive** **Springfield, IL 62704** | X | - | | | X | | X | **605,681.32** |

Sheet no. __21__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**619,383.93**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Keith Fires**                                                                    ,    Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Sprint**<br>**PO Box 6419**<br>**Carol Stream, IL 60197** | X | - | Cargo Tech | | | X | 7,351.56 |
| Account No.<br><br>**St Mary's Hospital**<br>**1145 Corporate Lake Drive**<br>**Saint Louis, MO 63132** | | - | medical | | | | 1,902.44 |
| Account No.<br><br>**Strategic Tax Advisors, Inc.**<br>**1275 Barclay Blvd**<br>**Suite 100**<br>**Buffalo Grove, IL 60089** | X | - | Cargo Tech | | | | 10,327.15 |
| Account No.<br><br>**Suburban Towing**<br>**901 Nicholas Blvd**<br>**Unit B**<br>**Elk Grove Village, IL 60007** | X | - | Cargo Tech | | | X | 2,930.00 |
| Account No.<br><br>**Sun Air Freight Trucking**<br>**16963 S Plainsman Circle**<br>**Plainfield, IL 60586** | X | - | Cargo Tech | | | X | 45.66 |

Sheet no. __22__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**22,556.81**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Keith Fires**
_____,      Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxxx9146** | | | | **cell service** | | | | |
| **T-Mobile** **William Smith** **5750 Peachtree Pkwy., St. 350** **Norcross, GA 30092** | | - | | | | | | 210.53 |
| Account No. | | | | **Cargo Tech** | | | | |
| **Tax Air** **Dept 5479** **PO Box 1451** **Milwaukee, WI 53201** | X | - | | | | | X | 131.91 |
| Account No. | | | | **Cargo Tech** | | | | |
| **Thrift Trucking** **PO Box 4141** **Bartonville, IL 61607** | X | - | | | | | X | 283.88 |
| Account No. | | | | **Cargo Tech** | | | | |
| **Tires for Containers, inc.** **415 E Green St** **Bensenville, IL 60106** | X | - | | | | | X | 113.50 |
| Account No. | | | | **Cargo Tech** | | | | |
| **Todd Transit** **PO Box 5344** **Rockford, IL 61125** | X | - | | | | | X | 129.41 |

Sheet no. __23__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      869.23

B6F (Official Form 6F) (12/07) - Cont.

In re    **Keith Fires**                                                                ,        Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Cargo Tech | | | | |
| **Tomatow Towing LLC** **1322 W Irving Park Rd** **Bensenville, IL 60106** | X | - | | | | | X | 1,045.50 |
| Account No. | | | | Cargo Tech | | | | |
| **Torres Credit Services** **PO Box 189** **Carlisle, PA 17013-0189** | X | - | | | | | X | 1,608.60 |
| Account No. | | | | Cargo Tech | | | | |
| **Trailer Logistics Company** **1900 N La Fox** **South Elgin, IL 60177** | X | - | | | | | X | 1,370.00 |
| Account No. | | | | Cargo Tech | | | | |
| **Transport Express** **7045 North Hanley Rd** **Hazelwood, MO 63042** | X | - | | | | | X | 167.43 |
| Account No. | | | | Cargo Tech | | | | |
| **Trausch Insurance Agency** **PO Box 64-1099** **Chicago, IL** | X | - | | | | | X | 100.00 |

Sheet no. __24__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**4,291.53**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Keith Fires**                                                    ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | | | | | |
| Account No. | | | | | Cargo Tech | | | | |
| **Tredroc Tire Service Po Box 1248 Bedford Park, IL 60499** | X | - | | | | | | X | 5,966.38 |
| Account No. | | | | | Cargo Tech | | | | |
| **Union Oil PO Box 21 Union, IL 60180** | X | - | | | | | | X | 14,728.93 |
| Account No. | | | | | | | | | |
| **United Arab Shipping Company c/o Elizer & Meyerson LLC 900 Skokie Blvd, Ste. 100 Northbrook, IL 60062** | X | - | | | | | | X | 13,320.00 |
| Account No. | | | | | SBA loan to Cargo Tech | | | | |
| **United States SBA US Attorney General 950 Pennsylvania Northwest Washington, DC 20530** | | - | | | | | | | Unknown |
| Account No. | | | | | Cargo Tech | | | | |
| **UPS Corporate Headquarters 55 Glenlake Parkway, NE Atlanta, GA 30328** | X | - | | | | | | X | 296.31 |

Sheet no. __25__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

34,311.62

B6F (Official Form 6F) (12/07) - Cont.

In re  **Keith Fires**
_____,  Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Cargo tech business loans | | | | |
| US Small Business Administration US Attorney's Office 219 S. Dearborn St., 5th Floor Chicago, IL 60604 | - | | | | | | | 627,231.13 |
| Account No. | | | | Cargo Tech | | | | |
| Village of Elk Grove 901 Wellington Ave. Elk Grove Village, IL 60007 | X | - | | | | | X | 164.51 |
| Account No. | | | | Cargo Tech | | | | |
| Vitran Express PO Box 633519 Cincinnati, OH 45263 | X | - | | | | | X | 1,432.35 |
| Account No. | | | | Cargo Tech | | | | |
| Wells Fargo Equipment Finance 300 Tri-State International Suite 400 Lincolnshire, IL 60069 | X | - | | | | | X | 2,574.55 |
| Account No. | | | | Cargo Tech | | | | |
| West Bend Transit 105 S Forest Ave West Bend, WI 53095 | X | - | | | | | X | 151.82 |

Sheet no. __26__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

631,554.36

B6F (Official Form 6F) (12/07) - Cont.

In re    **Keith Fires**                                                              ,        Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | **Cargo Tech legal** | | | | |
| **William E. Boylan, Esq. 381 E. St. Charles Road Carol Stream, IL 60188** | X | - | | | | | X | |
| | | | | | | | | 78,400.63 |
| Account No. | | | | **Cargo Tech** | | | | |
| **World Cartgage Systems, Ltd. 221 Joey Drive Elk Grove Village, IL 60007** | X | - | | | | | | |
| | | | | | | | | 6,082.38 |
| Account No. | | | | **Cargo Tech** | | | | |
| **Zim Integrated Shipping Svcs 56801 Lake Wright Dr Norfolk, VA 23502** | X | - | | | | | X | |
| | | | | | | | | 115.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet no. __27__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    84,598.01

Total
(Report on Summary of Schedules)    5,254,125.12

B6G (Official Form 6G) (12/07)

In re    **Keith Fires**    ,    Case No. _____

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| | |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

.

In re    **Keith Fires**
_____,    Case No. _____
                                    Debtor

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Cargo Tech** | **Com Ed**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001** |
| **Cargo Tech** | **ACS Support**<br>**PO Box 219236**<br>**Kansas City, MO 64121** |
| **Cargo Tech** | **CVan Dam Transport**<br>**4409 38th Streeet**<br>**Hamilton, MI 49419** |
| **Cargo Tech** | **Daimler Truck Finance**<br>**PO Box 901**<br>**Roanoke, TX 76262** |
| **Cargo Tech Logistics, Inc.** | **Karen Aldrich**<br>**2300 N Barrington Road**<br>**Suite 400**<br>**Hoffman Estates, IL 60195** |
| **Cargo Tech, Inc.** | **Karen Aldrich**<br>**2300 N Barrington Road**<br>**Suite 400**<br>**Hoffman Estates, IL 60195** |
| **Cargo Tech, Inc.** | **Active Alarm Company**<br>**561 Capital Drive**<br>**Lake Zurich, IL 60047** |
| **Cargo Tech, Inc.** | **ADP, Inc.**<br>**16200 Sunset Dr**<br>**Miami, FL 33173** |
| **Cargo Tech, Inc.** | **Aires**<br>**6 Penn Center West**<br>**2nd Floor**<br>**Pittsburgh, PA 15276** |
| **Cargo Tech, Inc.** | **All State Staple Company**<br>**201 Scott Street**<br>**Elk Grove Village, IL 60007** |
| **Cargo Tech, Inc.** | **Alpi USA**<br>**706 Nicholas Blvd**<br>**Suite 411**<br>**Elk Grove Village, IL 60007** |

**8**
\_\_\_\_\_ continuation sheets attached to Schedule of Codebtors

In re   **Keith Fires**
_____,   Case No. _____
Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Cargo Tech, Inc.** | **American Express**<br>**PO Box 53773**<br>**Phoenix, AZ 85072** |
| **Cargo Tech, Inc.** | **AMSA**<br>**1611 Duke Street**<br>**Alexandria, VA 22314** |
| **Cargo Tech, Inc.** | **Armor Systems Corp**<br>**1700 Kiefer Drive**<br>**Suite 1**<br>**Zion, IL 60099** |
| **Cargo Tech, Inc.** | **IL Tollway**<br>**c/o Arnold, Scott, Harris PC**<br>**PO Box 5625**<br>**Chicago, IL 60680-5625** |
| **Cargo Tech, Inc.** | **Artronix Solutions**<br>**PO Box 147**<br>**Brush Prairie, WA 98606** |
| **Cargo Tech, Inc.** | **Averitt Express**<br>**PO Box 3145**<br>**Cookeville, TN 38502** |
| **Cargo Tech, Inc.** | **BiH Trucking**<br>**3525 W Peterson**<br>**Suite 320**<br>**Chicago, IL 60659** |
| **Cargo Tech, Inc.** | **BMO Harris Bank**<br>**PO Box 4320**<br>**Carol Stream, IL 60197** |
| **Cargo Tech, Inc.** | **BNSF Logistics Park**<br>**2650 Lou Menk Drive**<br>**Fort Worth, TX 76131** |
| **Cargo Tech, Inc.** | **Broderick Packaging**<br>**454 Country Club Drive**<br>**Bensenville, IL 60106** |
| **Cargo Tech, Inc.** | **Brownlee Data Systems**<br>**21 Lange Ave**<br>**Savoy, IL 61874** |
| **Cargo Tech, Inc.** | **Bruce Kiselstein, Ltd.**<br>**930 East Northwest Hwy**<br>**Mount Prospect, IL 60056** |

Sheet __1__ of __8__ continuation sheets attached to the Schedule of Codebtors

In re   **Keith Fires**                                        ,      Case No. _____

_____
Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Cargo Tech, Inc.** | **Chicago International Trucks**<br>**575 St. Paul Ave**<br>**Carol Stream, IL 60188** |
| **Cargo Tech, Inc.** | **Chicago Trailer Pool**<br>**PO Box 691**<br>**Palatine, IL 60078** |
| **Cargo Tech, Inc.** | **Chicago Truck Dock**<br>**34518 N Leonard St**<br>**Ingleside, IL 60041** |
| **Cargo Tech, Inc.** | **Cintas**<br>**1201 W St. Charles Rd**<br>**Maywood, IL 60153** |
| **Cargo Tech, Inc.** | **CMA CGM Delmas**<br>**5701 Lake Wright Drive**<br>**Norfolk, VA 23502** |
| **Cargo Tech, Inc.** | **Allied Waste**<br>**c/o CMI Legal Forwarding**<br>**PO Box 288551**<br>**Philadelphia, PA 19151** |
| **Cargo Tech, Inc.** | **COCP LLC**<br>**211 College Road**<br>**Princeton, NJ 08540** |
| **Cargo Tech, Inc.** | **Com Ed**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001** |
| **Cargo Tech, Inc.** | **Con Global**<br>**6401 W 46th St**<br>**Forest View, IL 60402** |
| **Cargo Tech, Inc.** | **Container Port Group**<br>**4800 S Central Avenue**<br>**Chicago, IL 60638** |
| **Cargo Tech, Inc.** | **Cook County Dept of Environment**<br>**PO Box 641547**<br>**Chicago, IL 60664** |
| **Cargo Tech, Inc.** | **Cosco Container Lines Americas**<br>**100 Lighting Way**<br>**Secaucus, NJ 07094** |
| **Cargo Tech, Inc.** | **Creative Computing Enterprises**<br>**1060 Main St**<br>**Suite A**<br>**Antioch, IL 60002** |

Sheet __2__ of __8__ continuation sheets attached to the Schedule of Codebtors

In re    **Keith Fires**                                                              ,    Case No. _____
                                                    Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Cargo Tech, Inc.** | **CSAV**<br>**3350 Highway 138**<br>**Building 1 - Suite 211**<br>**Belmar, NJ 07719** |
| **Cargo Tech, Inc.** | **CTAS**<br>**192 Riva Avenue Complex**<br>**Milltown, NJ 08850** |
| **Cargo Tech, Inc.** | **Dart Maritime Services**<br>**PO Box 480655**<br>**Charlotte, NC 28269** |
| **Cargo Tech, Inc.** | **Dayton Freight Lines, Inc.**<br>**PO Box 340**<br>**Vandalia, OH 45377** |
| **Cargo Tech, Inc.** | **Direct Chassislink, Inc.**<br>**9300 Arrowpoint Blvd**<br>**Charlotte, NC 28273-8136** |
| **Cargo Tech, Inc.** | **Diversity Adjustment Service**<br>**600 Boon Rapids Blvd**<br>**Minneapolis, MN 55433** |
| **Cargo Tech, Inc.** | **Dohrn Transfer Company**<br>**625 3rd Avenue**<br>**Rock Island, IL 61201** |
| **Cargo Tech, Inc.** | **Double D Express**<br>**PO Box 606**<br>**Peru, IL 61354** |
| **Cargo Tech, Inc.** | **Elan**<br>**PO Box 2066**<br>**Milwaukee, WI 53201** |
| **Cargo Tech, Inc.** | **Express Logistics Group**<br>**320 County Line Road**<br>**Bensenville, IL 60106** |
| **Cargo Tech, Inc.** | **Flexi-Van**<br>**5000 W Pershing Rd**<br>**Cicero, IL 60804** |
| **Cargo Tech, Inc.** | **Fourt Seacoast Publishing Co**<br>**25300 Little Mack Ave**<br>**Saint Clair Shores, MI 48081** |
| **Cargo Tech, Inc.** | **G.M. Transportation Co.**<br>**205 E Butterfield Rd**<br>**Suite 305**<br>**Elmhurst, IL 60126** |

Sheet   __3__   of   __8__   continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

In re    **Keith Fires**                                                ,    Case No. _____

Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Cargo Tech, Inc.** | **Illinois Dept Employment Security** <br> **Northern Region** <br> **260 East Indian Trail Road** <br> **Aurora, IL 60505-1733** |
| **Cargo Tech, Inc.** | **Sprint** <br> **PO Box 6419** <br> **Carol Stream, IL 60197** |
| **Cargo Tech, Inc.** | **Global Expedited** <br> **11 Harristown Rd** <br> **Glen Rock, NJ 07452** |
| **Cargo Tech, Inc.** | **Hapag-Lloyd** <br> **3350 Highway 138** <br> **Building 1 - Suite 211** <br> **Wall, NJ 07719** |
| **Cargo Tech, Inc.** | **Holland** <br> **750 E 40th Street** <br> **PO Box 9021** <br> **Holland, MI 49422-9021** |
| **Cargo Tech, Inc.** | **Horizon Freightways** <br> **Po Box 20706** <br> **Milwaukee, WI 53220** |
| **Cargo Tech, Inc.** | **Indiana Insurance** <br> **PO Box 6486** <br> **Carol Stream, IL 60197-6486** |
| **Cargo Tech, Inc.** | **JD Logistics** <br> **2100 Estates Avenue** <br> **Elk Grove Village, IL 60007** |
| **Cargo Tech, Inc.** | **Jeff's Fast Freight** <br> **PO Box 371188** <br> **Milwaukee, WI 53237-2288** |
| **Cargo Tech, Inc.** | **K. C. Truck and Trailer Srvc** <br> **4430 W Armitage Ave** <br> **Melrose Park, IL 60160** |
| **Cargo Tech, Inc.** | **Deluxe Services, Inc.** <br> **Kalantzis Law Firm, LLC** <br> **1861 Hicks Rd - Suite B** <br> **Rolling Meadows, IL 60008** |
| **Cargo Tech, Inc.** | **Komatsu Forklift** <br> **15868 Collections Center Dr** <br> **Chicago, IL 60693** |

Sheet __4__ of __8__ continuation sheets attached to the Schedule of Codebtors

In re      **Keith Fires**                                                                    ,      Case No. _____
                                              Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Cargo Tech, Inc.** | **Labelmaster**<br>**PO Box 46402**<br>**Chicago, IL 60646-0402** |
| **Cargo Tech, Inc.** | **Liberty Propane**<br>**PO Box 458**<br>**Lemont, IL 60439-0458** |
| **Cargo Tech, Inc.** | **M&M Lock & Safe Ltd**<br>**233 N Walnut St**<br>**Itasca, IL 60143** |
| **Cargo Tech, Inc.** | **Milan**<br>**1091 Kefauver Dr**<br>**Po Box 699**<br>**Milan, TN 38358** |
| **Cargo Tech, Inc.** | **Moran Transportation Corp**<br>**1000 Estes Ave**<br>**Elk Grove Village, IL 60007** |
| **Cargo Tech, Inc.** | **Navistar Financial**<br>**425 N Martingale Rd**<br>**Suite 1800**<br>**Schaumburg, IL 60173** |
| **Cargo Tech, Inc.** | **Nicor**<br>**PO Box 310**<br>**Aurora, IL 60507** |
| **Cargo Tech, Inc.** | **NTC**<br>**PO Box 1646**<br>**Scottsbluff, NE 69363-1646** |
| **Cargo Tech, Inc.** | **NYK Line (NA), Inc.**<br>**PO Box 3480**<br>**Cordova, TN 38088** |
| **Cargo Tech, Inc.** | **Paccar Leasing Co**<br>**PO Box 676378**<br>**Dallas, TX 75267-6378** |
| **Cargo Tech, Inc.** | **Zim Integrated Shipping Svcs**<br>**56801 Lake Wright Dr**<br>**Norfolk, VA 23502** |
| **Cargo Tech, Inc.** | **World Cartgage Systems, Ltd.**<br>**221 Joey Drive**<br>**Elk Grove Village, IL 60007** |
| **Cargo Tech, Inc.** | **Parent Petroleum**<br>**37W370 Route 38**<br>**Saint Charles, IL 60175-1588** |

Sheet __5__ of __8__ continuation sheets attached to the Schedule of Codebtors

In re   **Keith Fires**                                                    ,   Case No. _____
                                                    Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Cargo Tech, Inc.** | **Performance Truck Repair**<br>**1649 Howard St**<br>**Elk Grove Village, IL 60007** |
| **Cargo Tech, Inc.** | **Pro Consulting Service**<br>**500 Lovett Blvd**<br>**Suite 250**<br>**Houston, TX 77006** |
| **Cargo Tech, Inc.** | **Progressive Business Publications**<br>**Po Box 3019**<br>**Malvern, PA 19355-0719** |
| **Cargo Tech, Inc.** | **Quick Caller Air Cargo Directories**<br>**25300 Little Mack Ave**<br>**Saint Clair Shores, MI 48081** |
| **Cargo Tech, Inc.** | **Republic Services**<br>**2101 S  Busse Rd**<br>**Mount Prospect, IL 60056** |
| **Cargo Tech, Inc.** | **RJW Logistics**<br>**Po Box 1309**<br>**Bolingbrook, IL 60440** |
| **Cargo Tech, Inc.** | **Roback's Truck Body**<br>**901 Dierking Terrace**<br>**Elk Grove Village, IL 60007** |
| **Cargo Tech, Inc.** | **Roeser & Vucha**<br>**920 Davis Road**<br>**Elgin, IL 60123** |
| **Cargo Tech, Inc.** | **Strategic Tax Advisors, Inc.**<br>**1275 Barclay Blvd**<br>**Suite 100**<br>**Buffalo Grove, IL 60089** |
| **Cargo Tech, Inc.** | **Seyfarth Shaw**<br>**131 S. Dearborn St**<br>**Suite 2400**<br>**Chicago, IL 60603** |
| **Cargo Tech, Inc.** | **Siegel & Callahan**<br>**20 N Clark St**<br>**Suite 2200**<br>**Chicago, IL 60602** |
| **Cargo Tech, Inc.** | **Sign Palace**<br>**68 N Lively Blvd**<br>**Elk Grove Village, IL 60007** |

Sheet __6__ of __8__ continuation sheets attached to the Schedule of Codebtors

In re   **Keith Fires**                                                              ,   Case No. _____
                                          Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Cargo Tech, Inc.** | **Suburban Towing**<br>**901 Nicholas Blvd**<br>**Unit B**<br>**Elk Grove Village, IL 60007** |
| **Cargo Tech, Inc.** | **Sun Air Freight Trucking**<br>**16963 S Plainsman Circle**<br>**Plainfield, IL 60586** |
| **Cargo Tech, Inc.** | **Tax Air**<br>**Dept 5479**<br>**PO Box 1451**<br>**Milwaukee, WI 53201** |
| **Cargo Tech, Inc.** | **Thrift Trucking**<br>**PO Box 4141**<br>**Bartonville, IL 61607** |
| **Cargo Tech, Inc.** | **Tires for Containers, inc.**<br>**415 E Green St**<br>**Bensenville, IL 60106** |
| **Cargo Tech, Inc.** | **Todd Transit**<br>**PO Box 5344**<br>**Rockford, IL 61125** |
| **Cargo Tech, Inc.** | **Tomatow Towing LLC**<br>**1322 W Irving Park Rd**<br>**Bensenville, IL 60106** |
| **Cargo Tech, Inc.** | **Torres Credit Services**<br>**PO Box 189**<br>**Carlisle, PA 17013-0189** |
| **Cargo Tech, Inc.** | **Trailer Logistics Company**<br>**1900 N La Fox**<br>**South Elgin, IL 60177** |
| **Cargo Tech, Inc.** | **Transport Express**<br>**7045 North Hanley Rd**<br>**Hazelwood, MO 63042** |
| **Cargo Tech, Inc.** | **Active Alarm Co**<br>**c/o Transworld Systems**<br>**999 North Plaza Dr**<br>**Schaumburg, IL 60173** |
| **Cargo Tech, Inc.** | **Trausch Insurance Agency**<br>**PO Box 64-1099**<br>**Chicago, IL** |

Sheet __7__ of __8__ continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                     Best Case Bankruptcy

In re   **Keith Fires**                                                      ,   Case No. _____

                                                   Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Cargo Tech, Inc.** | **Tredroc Tire Service**<br>**Po Box 1248**<br>**Bedford Park, IL 60499** |
| **Cargo Tech, Inc.** | **Union Oil**<br>**PO Box 21**<br>**Union, IL 60180** |
| **Cargo Tech, Inc.** | **UPS Corporate Headquarters**<br>**55 Glenlake Parkway, NE**<br>**Atlanta, GA 30328** |
| **Cargo Tech, Inc.** | **Village of Elk Grove**<br>**901 Wellington Ave.**<br>**Elk Grove Village, IL 60007** |
| **Cargo Tech, Inc.** | **Vitran Express**<br>**PO Box 633519**<br>**Cincinnati, OH 45263** |
| **Cargo Tech, Inc.** | **Wells Fargo Equipment Finance**<br>**300 Tri-State International**<br>**Suite 400**<br>**Lincolnshire, IL 60069** |
| **Cargo Tech, Inc.** | **West Bend Transit**<br>**105 S Forest Ave**<br>**West Bend, WI 53095** |
| **Cargo Tech, Inc.** | **William E. Boylan, Esq.**<br>**381 E. St. Charles Road**<br>**Carol Stream, IL 60188** |
| **Cargo Tech, Inc.** | **Small Business Growth Corporation**<br>**2401 West White Oaks Drive**<br>**Springfield, IL 62704** |
| **Cargo Tech, Inc.** | **United Arab Shipping Company**<br>**c/o Elizer & Meyerson LLC**<br>**900 Skokie Blvd, Ste. 100**<br>**Northbrook, IL 60062** |
| **K & K Elk Grove Properties, LLC**<br>**221 Joey Drive**<br>**Elk Grove Village, IL 60007** | **Karen Aldrich**<br>**2300 N Barrington Road**<br>**Suite 400**<br>**Hoffman Estates, IL 60195** |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

Fill in this information to identify you case:

| | |
|---|---|
| Debtor 1 | **Keith Fires** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION |
| Case number (If known) | |

Check if this is:
☐ An amended filing
☐ A supplement showing post-petition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form B 6I

## Schedule I: Your Income

12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | **Debtor 1** | **Debtor 2 or non-filing spouse** |
|---|---|---|
| Employment status | ■ Employed ☐ Not employed | ■ Employed ☐ Not employed |
| Occupation | | |
| Employer's name | **unemployed** | |
| Employer's address | | |
| How long employed there? | | |

### Part 2:    Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commisions** (before all payroll deductions).  If not paid monthly, calculate what the monthly wage would be. | 2. | $ _____ **0.00** | $ _____ **N/A** |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$ _____ **0.00** | +$ _____ **N/A** |
| 4. | **Calculate gross income.**  Add line 2 + line 3. | 4. | $ _____ **0.00** | $ _____ **N/A** |

Debtor 1   **Keith Fires**                                                    Case number (*if known*)

|  |  | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| Copy line 4 here | 4. | | $ 0.00 | $ N/A |

5. **List all payroll deductions:**

| | | | | |
|---|---|---|---|---|
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | | $ 0.00 | $ N/A |
| 5b. **Mandatory contributions for retirement plans** | 5b. | | $ 0.00 | $ N/A |
| 5c. **Voluntary contributions for retirement plans** | 5c. | | $ 0.00 | $ N/A |
| 5d. **Required repayments of retirement fund loans** | 5d. | | $ 0.00 | $ N/A |
| 5e. **Insurance** | 5e. | | $ 0.00 | $ N/A |
| 5f. **Domestic support obligations** | 5f. | | $ 0.00 | $ N/A |
| 5g. **Union dues** | 5g. | | $ 0.00 | $ N/A |
| 5h. **Other deductions. Specify** _____ | 5h.+ | | $ 0.00 + | $ N/A |

6. **Add the payroll deductions.**  Add lines 5a+5b+5c+5d+5e+5f+5g+5h.   6.   $ 0.00   $ N/A

7. **Calculate total monthly take-home pay.**  Subtract line 6 from line 4.   7.   $ 0.00   $ N/A

8. **List all other income regularly received:**

| | | | | |
|---|---|---|---|---|
| 8a. **Net income from rental property and from operating a business, profession or farm** <br> Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | | $ 0.00 | $ N/A |
| 8b. **Interest and dividends** | 8b. | | $ 0.00 | $ N/A |
| 8c. **Family support payments that you, a non-filing spouse, or a dependant regularly receive** <br> Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | | $ 0.00 | $ N/A |
| 8d. Unemployment compensation | 8d. | | $ 0.00 | $ N/A |
| 8e. **Social Security** | 8e. | | $ 0.00 | $ N/A |
| 8f. **Other government assistance that you regularly receive** <br> Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. <br> Specify: **unemployment** | 8f. | | $ 1,932.00 | $ N/A |
| 8g. **Pension or retirement income** _____ | 8g. | | $ 0.00 | $ N/A |
| 8h. **Other monthly income.** Specify: _____ | 8h.+ | | $ 0.00 + | $ N/A |

9. **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h.   9.   $ 1,932.00   $ N/A

10. **Calculate monthly income.** Add line 7 + Line 9.   10.   $ 1,932.00 + $ N/A = $ 1,932.00
    Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in Schedule J.**
    Include contributions from an unmarried partner, members of you household, your dependents, your roomates, and other friends or relatives
    Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.
    Specify: _____   11.   +$ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.**  The result is the combined monthly income.   12.   $ 1,932.00
    Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and *Data,* if it applies

    **Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
    ■ No.
    ☐ Yes.   Explain: _____

**Fill in this information to identify your case:**

| | | |
|---|---|---|
| Debtor 1 | **Keith Fires** | |
| Debtor 2 | | |
| (Spouse, if filing) | | |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION | |
| Case number | | |
| (If known) | | |

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

## Official Form B 6J

# Schedule J: Your Expenses                                    12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**

1.  **Is this a joint case?**

    ■ No. Go to line 2.

    ☐ Yes. **Does Debtor 2 live in a separate household?**

      ☐ No

      ☐ Yes. Debtor 2 must file a separate Schedule J.

2.  **Do you have dependents?**          ☐ No

    Do not list Debtor 1 and Debtor 2.          ■ Yes. Fill out this information for each dependent..........

    Do not state the dependent names.

| | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|---|
| | **son** | **6** | ■ No ☐ Yes |
| | **daughter** | **9** | ■ No ☐ Yes |
| | | | ☐ No ☐ Yes |
| | | | ☐ No ☐ Yes |

3.  **Do your expenses include expenses of people other than yourself and your dependents?**          ■ No
                                                                                                      ☐ Yes

**Part 2:      Estimate Your Ongoing Monthly Expenses**

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 6I.)

| | | **Your expenses** |
|---|---|---|
| 4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. $ | 0.00 |
| If not included in line 4: | | |
| 4a.    Real estate taxes | 4a. $ | 0.00 |
| 4b.    Property, homeowner's, or renter's insurance | 4b. $ | 0.00 |
| 4c.    Home maintenance, repair, and upkeep expenses | 4c. $ | 0.00 |
| 4d.    Homeowner's association or condominium dues | 4d. $ | 0.00 |
| 5.    Additional mortgage payments for your residence, such as home equity loans | 5. $ | 0.00 |
| 6.    Utilities: | | |
| 6a.    Electricity, heat, natural gas | 6a. $ | 0.00 |

Debtor 1  **Keith Fires**                                    Case number (if known) _____

| | | | | |
|---|---|---|---|---|
| 6b. | Water, sewer, garbage collection | 6b. | $ | 0.00 |
| 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ | 0.00 |
| 6d. | Other. Specify: _____ | 6d. | $ | 0.00 |
| **7.** | **Food and housekeeping supplies** | 7. | $ | 200.00 |
| **8.** | **Childcare and children's education costs** | 8. | $ | 0.00 |
| **9.** | **Clothing, laundry, and dry cleaning** | 9. | $ | 0.00 |
| **10.** | **Personal care products and services** | 10. | $ | 0.00 |
| **11.** | **Medical and dental expenses** | 11. | $ | 300.00 |
| **12.** | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $ | 100.00 |
| **13.** | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $ | 0.00 |
| **14.** | **Charitable contributions and religious donations** | 14. | $ | 0.00 |
| **15.** | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. Life insurance | 15a. | $ | 0.00 |
| | 15b. Health insurance | 15b. | $ | 0.00 |
| | 15c. Vehicle insurance | 15c. | $ | 100.00 |
| | 15d. Other insurance. Specify: _____ | 15d.. | $ | 0.00 |
| **16.** | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: **taxes taken from unemployment checks** | 16. | $ | 289.80 |
| **17.** | **Installment or lease payments:** | | | |
| | 17a. Car payments for Vehicle 1 | 17a. | $ | 517.00 |
| | 17b. Car payments for Vehicle 2 | 17b. | $ | 0.00 |
| | 17c. Other. Specify: _____ | 17c. | $ | 0.00 |
| **18.** | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 6I).** | 18. | $ | 693.00 |
| **19.** | **Other payments you make to support others who do not live with you.** Specify: _____ | 19. | $ | 0.00 |
| **20.** | **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.** | | | |
| | 20a. Mortgages on other property | 20a. | $ | 0.00 |
| | 20b. Real estate taxes | 20b. | $ | 0.00 |
| | 20c. Property, homeowner's, or renter's insurance | 20c. | $ | 0.00 |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. | $ | 0.00 |
| | 20e. Homeowner's association or condominium dues | 20e. | $ | 0.00 |
| **21.** | **Other:** Specify: _____ | 21. | +$ | 0.00 |
| **22.** | **Your monthly expenses.** Add lines 4 through 21. The result is your monthly expenses. | | $ | 2,199.80 |
| **23.** | **Calculate your monthly net income.** | | | |
| | 23a. Copy line 12 (*your combined monthly income*) from Schedule I. | 23a. | $ | 1,932.00 |
| | 23b. Copy your monthly expenses from line 22 above. | 23b. | $ | 2,199.80 |
| | 23c. Subtract your monthly expenses from your monthly income. The result *is your monthly net income.* | 23c. | $ | -267.80 |

**24. Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

■ No.

☐ Yes.     Explain here: _____

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois, Eastern Division

In re   **Keith Fires**

Debtor(s)

Case No.

Chapter   **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   **51**
sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **December  4, 2013**

Signature   **/s/ Keith Fires**

**Keith Fires**

Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
### Northern District of Illinois, Eastern Division

In re   **Keith Fires**                                                      Case No.
_____
                            Debtor(s)                      Chapter     **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None
☐
State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|  AMOUNT | SOURCE |
|---|---|
| **$46,500.00** | **2011: husband Cargo Tech, Inc.** |

---

**2. Income other than from employment or operation of business**

None
☐
State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$15,966.00** | **2012: YTD unemployment compensation** |
| **$4,699.00** | **2012:  capital gain on shares of stock** |
| **$5,480.00** | **2011:  interest on savings bonds** |

B7 (Official Form 7) (04/13)
2

| AMOUNT | SOURCE |
|---|---|
| **$9,027.00** | **2011:  unemployment comp** |
| **$131.28** | **2011:  Vodafone Group dividend** |

### 3. Payments to creditors

None ■  ***Complete a. or b., as appropriate, and c.***

a.   *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ■  b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None ■  c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐  a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **BMO Harris Bank v. K&K Elk Grove Properties, Cargo Tech, Inc., Cargo Tech Logistics, Inc., Keithe e. Fires, et al.** | **foreclosure of 221 Joey Drive, Elk Grove Village** | **Circuit Court of Cook County** | **pending** |
| **2011 CH 36292, 2011 CH 19413, 2011 CH 1097** | | | |
| **Schneider v. Cargotech and Keith Fires IDOL File NO. 10-004184** | **wage payment demand** | **Illinois Department of Labor- Hearings Division 160 N. LaSalle Street, Suite C-1300 Chicago, IL 60601** | |
| **Discover Bank v. Keith Fires 12 M1-121598** | **breach of contract** | **Circuit Court of Cook County** | **pending** |

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)
3

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Bank of America v. Keith Earlie Fires, et al. 12CH 1694** | **foreclosure** | **Kane County Circuit Court** | **pending** |
| **Nationstar Mortgage, LLC v. Kelley Bischoffer et al. 13 CH 1519** | **foreclosure of 385 Jackson court, Gilberts, IL 60136** | **Kane County Circuit Court** | **pending** |

None ☐   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Discover PO Box 30421 Salt Lake City, UT 84130-0421** | **8/6/13** | **seized bank account at Chase Bank. amount in account at time of seizure was $7,900.** |

---

**5. Repossessions, foreclosures and returns**

None ■   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**6. Assignments and receiverships**

None ■   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

---

**7. Gifts**

None ■   List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

B7 (Official Form 7) (04/13)
4

### 8. Losses

None ■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Springer Brown, LLC**<br>**400 S. County Farm Road**<br>**Suite 330**<br>**Wheaton, IL 60187** | **8/2/11** | **$1,000.00** |
| **Springer Brown, LLC**<br>**400 S. County Farm Road**<br>**Suite 330**<br>**Wheaton, IL 60187** | **12/4/13** | **$2,500.00** |

### 10. Other transfers

None ■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11. Closed financial accounts

None ■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

B7 (Official Form 7) (04/13)
5

**12.  Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13.  Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14.  Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15.  Prior address of debtor**

None
☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **372 Gregory M. Sears Drive Gilberts, IL 60136** | **Keith Fires** | |

**16.  Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

B7 (Official Form 7) (04/13)
6

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐    a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Cargo Tech Logistics, Inc.** | 37-1486296 | **221 Joey Drive Elk Grove Village, IL 60007** | **trucking brokerage** | |
| **Cargo Tech, Inc.** | 36-4366601 | **221 Joey Drive Elk Grove Village, IL 60007** | **trucking company** | |
| **K&K Elk Grove Properties, LLC** | 26-0654320 | **221 Joey Drive Elk Grove Village, IL 60007** | **real estate holding company** | |
| **Cargo Tech Transportation, Inc.** | | **none** | **shell - never operated** | |

None
■    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

B7 (Official Form 7) (04/13)
7

---

**19. Books, records and financial statements**

None ■ a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                               DATES SERVICES RENDERED

None ■ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                        ADDRESS                           DATES SERVICES RENDERED

None ■ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                                ADDRESS

None ■ d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                               DATE ISSUED

---

**20. Inventories**

None ■ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY          INVENTORY SUPERVISOR          DOLLAR AMOUNT OF INVENTORY
                                                         (Specify cost, market or other basis)

None ■ b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

DATE OF INVENTORY                          NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
                                           RECORDS

---

**21 . Current Partners, Officers, Directors and Shareholders**

None ■ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS                        NATURE OF INTEREST              PERCENTAGE OF INTEREST

None ■ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

NAME AND ADDRESS                        TITLE                          NATURE AND PERCENTAGE
                                                                       OF STOCK OWNERSHIP

---

**22 . Former partners, officers, directors and shareholders**

None ■ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                        ADDRESS                           DATE OF WITHDRAWAL

None ■ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS                        TITLE                          DATE OF TERMINATION

---

B7 (Official Form 7) (04/13)
8

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

---

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

* * * * * *

B7 (Official Form 7) (04/13)
9

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date   **December  4, 2013**                    Signature   **/s/ Keith Fires**

**Keith Fires**
Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois, Eastern Division

In re   **Keith Fires**                                        Case No.
Debtor(s)                                      Chapter   **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**Harris Bank** | **Describe Property Securing Debt:**<br>**2009 Chevrolet Silverado (70,000 miles)**<br>**Value is blue book** |

Property will be (check one):
  ☐ Surrendered                    ■ Retained

If retaining the property, I intend to (check at least one):
  ☐ Redeem the property
  ■ Reaffirm the debt
  ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  ■ Claimed as Exempt                    ☐ Not claimed as exempt

**PART B -** Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES        ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date   **December 4, 2013**                    Signature   **/s/ Keith Fires**
                                                            **Keith Fires**
                                                            Debtor

# United States Bankruptcy Court
## Northern District of Illinois, Eastern Division

In re   **Keith Fires**                                                    Case No.
                                    Debtor(s)          Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept                          $              **2,500.00**

    Prior to the filing of this statement I have received                $              **2,500.00**

    Balance Due                                                          $                  **0.00**

2.  $  **306.00**   of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor       ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ■ Debtor       ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
    copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

Dated:    **December  4, 2013**                        **/s/ David R. Brown**
                                                      **David R. Brown**
                                                      **Springer Brown, LLC**
                                                      **400 S. County Farm Road**
                                                      **Suite 330**
                                                      **Wheaton, IL 60187**
                                                      **630-510-0000  Fax: 630-510-0004**

---

B 201A (Form 201A) (11/12)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $46 administrative fee, $15 trustee surcharge: Total Fee $306)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $46 administrative fee: Total fee $281)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over

a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1,167 filing fee, $46 administrative fee: Total fee $1,213)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $46 administrative fee: Total fee $246)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

### 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois, Eastern Division

In re  **Keith Fires**
_____
Debtor(s)

Case No. _____
Chapter    **7**  _____

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

| | | |
|---|---|---|
| **Keith Fires** | X **/s/ Keith Fires** | **December  4, 2013** |
| Printed Name(s) of Debtor(s) | Signature of Debtor | Date |
| | | |
| Case No. (if known) _____ | X _____ | |
| | Signature of Joint Debtor (if any) | Date |

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1.  Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor.  The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

Software Copyright (c) 1996-2013 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of Illinois, Eastern Division

In re    **Keith Fires**

_____   Case No. _____

Debtor(s)              Chapter    **7** _____


# VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ **268**


The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my
(our) knowledge.


Date:   **December  4, 2013**_____   **/s/ Keith Fires**_____
                                                **Keith Fires**
                                                Signature of Debtor

ACA Credit Collections
Two Wells Avenue
Newton Center, MA 02459


Accord Creditor Services
Po Box 10002
Newnan, GA 30271


ACS Support
PO Box 219236
Kansas City, MO 64121


Active Alarm Co
c/o Transworld Systems
999 North Plaza Dr
Schaumburg, IL 60173


Active Alarm Company
561 Capital Drive
Lake Zurich, IL 60047


ADP, Inc.
16200 Sunset Dr
Miami, FL 33173


Aires
6 Penn Center West
2nd Floor
Pittsburgh, PA 15276


Alexian Bros.
800 Biesterfield
Elk Grove Village, IL 60007


All State Staple Company
201 Scott Street
Elk Grove Village, IL 60007


Allied Waste
c/o CMI Legal Forwarding
PO Box 288551
Philadelphia, PA 19151

Alpi USA
706 Nicholas Blvd
Suite 411
Elk Grove Village, IL 60007


Alternative Collections
3842 Harlem Road
Suite 341
Buffalo, NY 14215


American Express
PO Box 53773
Phoenix, AZ 85072


AMSA
1611 Duke Street
Alexandria, VA 22314


Armor Systems Corp
1700 Kiefer Drive
Suite 1
Zion, IL 60099


Arnold Siegel
20 N Clark St
Suite 2200
Chicago, IL 60602


Artronix Solutions
PO Box 147
Brush Prairie, WA 98606


AT & T
P.O. Box 8100
Aurora, IL 60507-8100


Averitt Express
PO Box 3145
Cookeville, TN 38502


BiH Trucking
3525 W Peterson
Suite 320
Chicago, IL 60659

BMO Harris Bank
PO Box 4320
Carol Stream, IL 60197


BMO Harris Bank, NA
111 West Monroe Street
Chicago, IL 60603


BMO Harris Bank, NA
111 West Monroe Street
Chicago, IL 60603


BMO Harris Bank, NA
111 West Monroe Street
Chicago, IL 60603


BNSF Logistics Park
2650 Lou Menk Drive
Fort Worth, TX 76131


Broderick Packaging
454 Country Club Drive
Bensenville, IL 60106


Brownlee Data Systems
21 Lange Ave
Savoy, IL 61874


Bruce Kiselstein, Ltd.
930 East Northwest Hwy
Mount Prospect, IL 60056


Cardmember Service
PO Box 790408
ST. Louis, MO 63179


Cargo Tech


Cargo Tech


Cargo Tech

Cargo Tech

Cargo Tech Logistics, Inc.

Cargo Tech, Inc.

Cargo Tech, Inc.

Cargo Tech, Inc.

Cargo Tech, Inc.

Cargo Tech, Inc.

Cargo Tech, Inc.

Cargo Tech, Inc.

Cargo Tech, Inc.

Cargo Tech, Inc.

Cargo Tech, Inc.

Cargo Tech, Inc.

Cargo Tech, Inc.

Cargo Tech, Inc.

Cargo Tech, Inc.

Cargo Tech, Inc.

Cargo Tech, Inc.

Cargo Tech, Inc.

Cargo Tech, Inc.

Cargo Tech, Inc.

Cargo Tech, Inc.

Cargo Tech, Inc.

Cargo Tech, Inc.

Cargo Tech, Inc.

Cargo Tech, Inc.

Cargo Tech, Inc.

Cargo Tech, Inc.

Cargo Tech, Inc.

Cargo Tech, Inc.

Cargo Tech, Inc.

Cargo Tech, Inc.

Cargo Tech, Inc.

Cargo Tech, Inc.

Cargo Tech, Inc.

Cargo Tech, Inc.

Cargo Tech, Inc.

Cargo Tech, Inc.

Cargo Tech, Inc.

Cargo Tech, Inc.

Cargo Tech, Inc.

Cargo Tech, Inc.

Cargo Tech, Inc.

Cargo Tech, Inc.

Cargo Tech, Inc.

Cargo Tech, Inc.

Cargo Tech, Inc.

Cargo Tech, Inc.

Cargo Tech, Inc.

Cargo Tech, Inc.

Cargo Tech, Inc.

Cargo Tech, Inc.

Cargo Tech, Inc.

Cargo Tech, Inc.

Cargo Tech, Inc.

Cargo Tech, Inc.

Cargo Tech, Inc.

Cargo Tech, Inc.

Cargo Tech, Inc.

Cargo Tech, Inc.

Cargo Tech, Inc.

Cargo Tech, Inc.

Cargo Tech, Inc.

Cargo Tech, Inc.

Cargo Tech, Inc.

Cargo Tech, Inc.

Cargo Tech, Inc.

Cargo Tech, Inc.

Cargo Tech, Inc.

Cargo Tech, Inc.

Cargo Tech, Inc.

Cargo Tech, Inc.

Cargo Tech, Inc.

Cargo Tech, Inc.

Cargo Tech, Inc.

Cargo Tech, Inc.

Cargo Tech, Inc.

Cargo Tech, Inc.

Cargo Tech, Inc.

Cargo Tech, Inc.

Cargo Tech, Inc.

Cargo Tech, Inc.

Cargo Tech, Inc.

Cargo Tech, Inc.

Cargo Tech, Inc.

Cargo Tech, Inc.

Cargo Tech, Inc.

Cargo Tech, Inc.

Cargo Tech, Inc.

Cargo Tech, Inc.

Cargo Tech, Inc.

Cargo Tech, Inc.

Cargo Tech, Inc.

Cargo Tech, Inc.

Cargo Tech, Inc.

Cargo Tech, Inc.

Cargo Tech, Inc.

Cargo Tech, Inc.

Cargo Tech, Inc.


Cargo Tech, Inc.


Cargo Tech, Inc.


Cargo Tech, Inc.


Cargo Tech, Inc.


Cargo Tech, Inc.


Cargo Tech, Inc.


Carol  Stream Red Light Enf
1700 N. Farnsworth Ave
Suite 13
Aurora, IL 60505


Chase
Cardmember Services
PO Box 15153
Wilmington, DE 19886-5153


Chicago Department of Revenue
PO Box 88292
Chicago, IL 60680-1292


Chicago International Trucks
575 St. Paul Ave
Carol Stream, IL 60188


Chicago Trailer Pool
PO Box 691
Palatine, IL 60078

Chicago Truck Dock
34518 N Leonard St
Ingleside, IL 60041


Cintas
1201 W St. Charles Rd
Maywood, IL 60153


CMA CGM Delmas
5701 Lake Wright Drive
Norfolk, VA 23502


CMI Credit Mediators
PO Box 456
Upper Darby, PA 19082


COCP LLC
211 College Road
Princeton, NJ 08540


Cohen, Sullivan & Steele
7911 Herschel Ave
Suite 200
La Jolla, CA 92037


Com Ed
Bill Payment Center
Chicago, IL 60668-0001


Com Ed
Bill Payment Center
Chicago, IL 60668-0001


Con Global
6401 W 46th St
Forest View, IL 60402


Container Port Group
4800 S Central Avenue
Chicago, IL 60638


Convergent Outsourcing, Inc
800 SW 39th Street
PO Box 9004
Renton, WA 98057

Cook County Dept of Environment
PO Box 641547
Chicago, IL 60664


Cosco Container Lines Americas
100 Lighting Way
Secaucus, NJ 07094


Creative Computing Enterprises
1060 Main St
Suite A
Antioch, IL 60002


CSAV
3350 Highway 138
Building 1 - Suite 211
Belmar, NJ 07719


CTAS
192 Riva Avenue Complex
Milltown, NJ 08850


CVan Dam Transport
4409 38th Streeet
Hamilton, MI 49419


Daimler Truck Finance
PO Box 901
Roanoke, TX 76262


Dart Maritime Services
PO Box 480655
Charlotte, NC 28269


Dayton Freight Lines, Inc.
PO Box 340
Vandalia, OH 45377


Dean Clinic
1802 W Beltline Highway
Madison, WI 53713

Deluxe Services, Inc.
Kalantzis Law Firm, LLC
1861 Hicks Rd - Suite B
Rolling Meadows, IL 60008


Direct Chassislink, Inc.
9300 Arrowpoint Blvd
Charlotte, NC 28273-8136


Discover Financial
P.O. Box 6103
Carol Stream, IL 60197-6103


Diversity Adjustment Service
600 Boon Rapids Blvd
Minneapolis, MN 55433


Dohrn Transfer Company
625 3rd Avenue
Rock Island, IL 61201


Double D Express
PO Box 606
Peru, IL 61354


Elan
PO Box 2066
Milwaukee, WI 53201


Express Logistics Group
320 County Line Road
Bensenville, IL 60106


Flexi-Van
5000 W Pershing Rd
Cicero, IL 60804


Fourt Seacoast Publishing Co
25300 Little Mack Ave
Saint Clair Shores, MI 48081


G.M. Transportation Co.
205 E Butterfield Rd
Suite 305
Elmhurst, IL 60126

```
GC Services
6330 Gulfton
Houston, TX 77081


GC Services
6330 Gulfton
Houston, TX 77081


Global Expedited
11 Harristown Rd
Glen Rock, NJ 07452


Goodman Law Group
700 Commerce Drive
Oak Brook, IL 60523


Hapag-Lloyd
3350 Highway 138
Building 1 - Suite 211
Wall, NJ 07719


Harris Bank
P.O. Box 6201
Carol Stream, IL 60197-6201


Harris Bank
P.O. Box 6201
Carol Stream, IL 60197-6201


Harvard Collection Service
4639 N Elston Ave
Chicago, IL 60630


Holland
750 E 40th Street
PO Box 9021
Holland, MI 49422-9021


Horizon Freightways
Po Box 20706
Milwaukee, WI 53220


Humana
PO Box 528
Carol Stream, IL 60132
```

Humana
Po Box 528
Carol Stream, IL 60132-0528


IL Dept. of Labor
160 N. LaSalle Street
Suite C-13200
Chicago, IL 60601


IL Tollway
c/o Arnold, Scott, Harris PC
PO Box 5625
Chicago, IL 60680-5625


Illinois Department of Revenue
Bankruptcy Section Level 7-425
100 W. Randolph Street
Chicago, IL 60602


Illinois Dept Employment Security
Northern Region
260 East Indian Trail Road
Aurora, IL 60505-1733


Illinois Secretary of State
Returned Check Section
Room 235 - Howlett Building
Springfield, IL 62756


Illinois Tollway
PO Box 5201
Lisle, IL 60532


Indiana Insurance
PO Box 6486
Carol Stream, IL 60197-6486


Internal Revenue Service
PO 7346
Philadelphia, PA 19101-7346


JD Logistics
2100 Estates Avenue
Elk Grove Village, IL 60007

Jeff's Fast Freight
PO Box 371188
Milwaukee, WI 53237-2288


John Schneider


JP Morgan Chase Bank
PO Box 659754
San Antonio, TX 78265


JP Morgan Chase Bank
PO Box 659754
San Antonio, TX 78265


K & K Elk Grove Properties, LLC
221 Joey Drive
Elk Grove Village, IL 60007


K. C. Truck and Trailer Srvc
4430 W Armitage Ave
Melrose Park, IL 60160


Karen


Karen Aldrich
2300 N Barrington Road
Suite 400
Hoffman Estates, IL 60195


Keun Ho Park
469 W. Brookline Court
Palatine, IL


Komatsu Forklift
15868 Collections Center Dr
Chicago, IL 60693


Labelmaster
PO Box 46402
Chicago, IL 60646-0402

Liberty Propane
PO Box 458
Lemont, IL 60439-0458


M&M Lock & Safe Ltd
233 N Walnut St
Itasca, IL 60143


Madison Emergency Physicians
Bin 88276
Milwaukee, WI 53288-0001


Madison Radiologists
PO Box 1790
Brookfield, WI 53008


Malcolm S. Gerald
322 S. Michigan
St. 600
Chicago, IL 60604


Metro Group Maritime
61 Broadway
Suite 1410
New York, NY 10006


Milan
1091 Kefauver Dr
Po Box 699
Milan, TN 38358


Moran Transportation Corp
1000 Estes Ave
Elk Grove Village, IL 60007


Navistar Financial
425 N Martingale Rd
Suite 1800
Schaumburg, IL 60173


NCO Financial Systems
PO Box 4912
Dept 980
Trenton, NJ 08650-4912

Nicor
PO Box 310
Aurora, IL 60507


NTC
PO Box 1646
Scottsbluff, NE 69363-1646


NYK Line (NA), Inc.
PO Box 3480
Cordova, TN 38088


Paccar Leasing Co
PO Box 676378
Dallas, TX 75267-6378


Parent Petroleum
37W370 Route 38
Saint Charles, IL 60175-1588


Performance Truck Repair
1649 Howard St
Elk Grove Village, IL 60007


Pro Consulting Service
500 Lovett Blvd
Suite 250
Houston, TX 77006


Progressive Business Publications
Po Box 3019
Malvern, PA 19355-0719


Quick Caller Air Cargo Directories
25300 Little Mack Ave
Saint Clair Shores, MI 48081


Republic Services
2101 S Busse Rd
Mount Prospect, IL 60056


RJW Logistics
Po Box 1309
Bolingbrook, IL 60440

Roanoke Trade Services, Inc.
1475 E Woodfield Road
Suite 500
Schaumburg, IL 60173


Roback's Truck Body
901 Dierking Terrace
Elk Grove Village, IL 60007


Roeser & Vucha
920 Davis Road
Elgin, IL 60123


Ryland Homes
3011 Townsgate Road
Suite 200
Westlake Village, CA 91361-3027


Seyfarth Shaw
131 S. Dearborn St
Suite 2400
Chicago, IL 60603


Siegel & Callahan
20 N Clark St
Suite 2200
Chicago, IL 60602


Sign Palace
68 N Lively Blvd
Elk Grove Village, IL 60007


Small Business Administration
801 Tom Martin Drive
Suite 120
Birmingham, AL 35211


Small Business Administration
c/o US Attorney
219 South Dearborn Street
Chicago, IL 60604


Small Business Growth Corporation
2401 West White Oaks Drive
Springfield, IL 62704

Sprint
PO Box 6419
Carol Stream, IL 60197


St Mary's Hospital
1145 Corporate Lake Drive
Saint Louis, MO 63132


Strategic Tax Advisors, Inc.
1275 Barclay Blvd
Suite 100
Buffalo Grove, IL 60089


Suburban Towing
901 Nicholas Blvd
Unit B
Elk Grove Village, IL 60007


Sun Air Freight Trucking
16963 S Plainsman Circle
Plainfield, IL 60586


T-Mobile
William Smith
5750 Peachtree Pkwy., St. 350
Norcross, GA 30092


Tax Air
Dept 5479
PO Box 1451
Milwaukee, WI 53201


Teller Levit & Silvertrust
11 E. Adams St. #800
Chicago, IL 60603


Theresa L. Fires
372 Gregory M Sears Drive
Gilberts, IL 60136


Thrift Trucking
PO Box 4141
Bartonville, IL 61607

Tires for Containers, inc.
415 E Green St
Bensenville, IL 60106


Todd Transit
PO Box 5344
Rockford, IL 61125


Tomatow Towing LLC
1322 W Irving Park Rd
Bensenville, IL 60106


Torres Credit Services
PO Box 189
Carlisle, PA 17013-0189


Trailer Logistics Company
1900 N La Fox
South Elgin, IL 60177


Transport Express
7045 North Hanley Rd
Hazelwood, MO 63042


Trausch Insurance Agency
PO Box 64-1099
Chicago, IL


Tredroc Tire Service
Po Box 1248
Bedford Park, IL 60499


Union Oil
PO Box 21
Union, IL 60180


United Arab Shipping Company
c/o Elizer & Meyerson LLC
900 Skokie Blvd, Ste. 100
Northbrook, IL 60062


United States SBA
US Attorney General
950 Pennsylvania Northwest
Washington, DC 20530

UPS Corporate Headquarters
55 Glenlake Parkway, NE
Atlanta, GA 30328


US Small Business Administration
US Attorney's Office
219 S. Dearborn St., 5th Floor
Chicago, IL 60604


Village of Elk Grove
901 Wellington Ave.
Elk Grove Village, IL 60007


Vitran Express
PO Box 633519
Cincinnati, OH 45263


Wells Fargo Equipment Finance
300 Tri-State International
Suite 400
Lincolnshire, IL 60069


West Bend Transit
105 S Forest Ave
West Bend, WI 53095


William E Boylan
381 E St. Charles Road
Carol Stream, IL 60188


William E. Boylan, Esq.
381 E. St. Charles Road
Carol Stream, IL 60188


World Cartgage Systems, Ltd.
221 Joey Drive
Elk Grove Village, IL 60007


Zim Integrated Shipping Svcs
56801 Lake Wright Dr
Norfolk, VA 23502